Ann Marie Morrison
23251 N 87th Ave
Peoria AZ 85383
(480) 601-2392

```
 X   FILED        ___ LODGED
 ___ RECEIVED     ___ COPY

      MAR 2 6 2021

 CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
 BY_____DEPUTY
```

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Marie Morrison, | |
| Plaintiff, | CASE NUMBER:   **CV21-00534-PHX-DLR** |
| v. | |
| Kerry's Car Care, Inc dba KNGS LLC, SRSANDCO LLC, aka Srsandco Automotive Partners, | **COMPLAINT** |
| Defendant(s). | |

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. '7'7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

2. Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. '7'7 621, et. seq., for employment discrimination on the basis of age (age 40 or older).

The plaintiff is a resident of Peoria, Maricopa County, AZ, and a citizen of the United States. The defendant is a Business in Maricopa County, AZ of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

Termination of my employment; Retaliation; Terms and conditions of employment differ from those of similar employees; Harassment and Hostile working conditions.

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:

Gender; Age

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at: 545 W Mariposa S, Phoenix AZ  85013 and 4312 W Olive Ave, Glendale, AZ 85302, period beginning November 2017 through and to August 2, 2019.   Paid less than other Male employees, different pay for bonus structure then male employees, retaliated against for finding multiple errors on financials that determine Bonus and profitability of store.  Retaliated against for showing ownership documents altered to benefit certain male employees.  Terminated without any correspondence or review and asked to immediately sign a severance package, although part of a protected class.

## Demand

Relief in payment of all earned PTO 8,500.00, Severance Pay 8,000.00, Pay differential 6,000.00. Continued harassment after termination by means of contacting employer, providing false information and accusations, resulting in departure of job 10,000.00.  Mental Anguish and hardship due to hostile treatment from supervisor and management **I am also seeking the following amount in monetary compensation: $300,000.**  The Plaintiff wants a trial by jury.

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 12/09/2019. I have received a Notice of Right to Sue Letter on December 29, 2020.

Date: <u>March 23, 2021</u>

Ann Marie Morrison
23251 N 87th Ave
Peoria, AZ 85383
(480) 601-2392

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

District of Arizona

Maricopa Division

| | | |
|---|---|---|
| Ann Marie Morrison | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| **-v-** | ) | |
| | ) | |
| Kerrys Car Care, dba KNGS LLC; Srsandco LLC aka | ) | |
| Srsandco Automotive Partners | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ann Marie Morrison |
| Street Address | 23251 N 87th Ave |
| City and County | Peoria, Maricopa |
| State and Zip Code | Arizona 85383 |
| Telephone Number | 480.601.2392 |
| E-mail Address | ammorrison63@hotmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name                      Kerry's Car Care, dba KNGS LLC

    Job or Title *(if known)*

    Street Address           545 W Mariposa

    City and County         Phoenix, Maricopa

    State and Zip Code     Arizona 85013

    Telephone Number      (602) 714-3360

    E-mail Address *(if known)*

Defendant No. 2

    Name                      Srsandco LLC aka Srsandco Automotive Partners

    Job or Title *(if known)*

    Street Address           2487 Cedarcrest Rd Ste 612

    City and County         Acworth, Cobb

    State and Zip Code     Georgia, 30101

    Telephone Number      (678) 355-0002

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Kerry's Car Care, dba KNGS LLC, Srsandco LLC |
| Street Address | 545 W Mariposa St |
| City and County | Phoenix, Maricopa |
| State and Zip Code | Arizona, 85013 |
| Telephone Number | (602) 714-3360 |

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*: _____

(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
November 2017, April 2018, June 2018, Sept 2018, Jan 2019 though August 2019

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☑    gender/sex _____

☐    religion _____

☐    national origin _____

☑    age *(year of birth)*    1963    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*
_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at: 4312 W Olive Ave, Glendale, AZ 85302 and 545 W Mariposa, Phoenix AZ 85013 for a period beginning November 2017 through and to August 2, 2019. Paid less than other Male employees, different pay for bonus structure then male employees, retaliated against for finding multiple errors on financials that determine Bonus and profitability of store. Retaliated against for showing ownership documents altered to benefit certain male employees. Terminated without any correspondence or review and asked to immediately sign a severance package, although part of a protected class.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
December 9, 2019

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*   12/29/2020   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief in payment of all earned PTO $8500.00, Severance Pay 8000.00, Pay differential 6000.00. Continued harrasment occured after termination by Ownership through means of contacing employer at the time, providing false and misleading information, resulting in quitting job due to ongoing harassment. 10,000.   Mental Anguish and hardship due to hostile treatment from supervisor and management I am also seeking the following amount in monetary compensation: $300,000. The Plaintiff wants a trial by jury.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/24/2021

Signature of Plaintiff
Printed Name of Plaintiff     Ann Marie Morrison

### B.   For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

EEOC Form 161 (11/2020)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Ann Marie Morrison**
      **23251 N 87TH AVE**
      **Peoria, AZ 85383**

From:   **Phoenix District Office**
        **3300 North Central Ave**
        **Suite 690**
        **Phoenix, AZ 85012**

|  |  |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2019-07721 | **Jeremy Yubeta,** **Enforcement Supervisor** | **(602) 661-0015** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Elizabeth Cadle_                                     12/23/2020

**Elizabeth Cadle,**                                 *(Date Issued)*
**District Director**

Enclosures(s)

cc:   **Matthew Clarke**                          **Jessica Miller**
      **Smith, Gambrell & Russell LLP**          **ZOLAND LAW GROUP**
      **1230 Peachtree St. NE**                  **14550 N. Northsight Blvd.**
      **Suite 3100**                             **Suite 133**
      **Atlanta, GA 30309**                      **Scottsdale, AZ 85260**

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --**      **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *issued* **to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **410-2019-07721** |

**ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION**     and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| **MRS. ANN MARIE  MORRISON** | **(602) 810-0132** | **1963** |

| Street Address | City, State and ZIP Code |
|---|---|
| **23251 N 87TH AVE,  PEORIA, AZ 85383** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **KNGS LLC, SRSANDCO** | **101 - 200** | **(602) 476-2475** |

| Street Address | City, State and ZIP Code |
|---|---|
| **545 W MARIPOSA AVE,  PHOENIX, AZ 85013** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE    ☐ COLOR    ☒ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN

☒ RETALIATION    ☐ AGE    ☐ DISABILITY    ☐ GENETIC INFORMATION

☒ OTHER *(Specify)*  **Equal Pay**

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **11-01-2017** | **08-02-2019** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

IN OR AROUND JULY 2006, I WAS HIRED BY KERRYAS CAR CARE, THE COMPANY MERGED WITH SRSANDCO IN JUNE OF 2018 BECOMING KNGS, LLC DBA KERRYAS CAR CARE THE ABOVE REFERENCED EMPLOYER.  MY MOST RECENT POSITION WAS GENERAL MANAGER.

FROM NOVEMBER 2017 TO AUGUST 2019, KERRY NEIER (OWNER) SUBJECTED ME TO SEX-BASED DISCRIMINATING COMMENTS, INCLUDING BUT NOT LIMITED TO: I WANT EVERYONE TO MAKE MONEY [TO THE] MEN TO GET BOATS, BIKES AND TOYS, YOU CAN BUY MAKEUP; I DONT UNDERSTAND WHY THESE GUYS FOLLOW YOU.; THERE ARE NO OTHER WOMEN IN THIS POSITION, AND UNSURE IF YOU COULD COMPLETE THE JOB BECAUSE YOU ARE A WOMAN; YOU ARE ACTING LIKE A MOTHER; HIRING WOMEN IS A PROBLEM THEY HAVE MONTHLY TIME, CAN GET PREGNANT AND HAVE CHILDREN, TAKE TIME OFF FOR KIDS. I AM AWARE MANAGEMENT HAS SAID SEVERAL TIMES THEY WANT THE FACE OF THE BUSINESS WITH A LOOK SUCH AS A SLENDER YOUNGER NICE-LOOKING MALE EMPLOYEE. THAT STATEMENT IS WIDELY KNOWN OUTSIDE OF THE BUSINESS AS WELL.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ann Marie Morrison on 12-09-2019 04:53 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2019-07721 |

| ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I HAVE BEEN PAID LOWER WAGES THAN MALES THROUGHOUT THE DURATION OF MY EMPLOYMENT. I AM AWARE MR. NEIER GAVE CHARLES MELTON (GENERAL MANAGER) AND MIKE CARROLL (GENERAL MANAGER) HIGHER PAY.  I COMPLAINED ABOUT MALE COWORKERS RECEIVING HIGHER SALARIES THAN ME TO CHRIS SCHULZE (REGIONAL MANAGER), AND NO CORRECTIVE ACTION WAS TAKEN. I AM AWARE MALE COWORKERS RECEIVED MORE AND HIGHER BONUSES THAN ME WHICH WERE BASED ON DIFFERENT CRITERIA THAN MINE. I AM ALSO AWARE, MALE SUBORDINATES LIKE, JOHN ROBERTS (SALES ADVISOR/ASSISTANT MANAGER) AND JASON GRAHAM (SERVICE ADVISOR/ ASSISTANT MANAGER) WERE PAID HIGHER BONUSES THAN ME AND DID NOT RECEIVE A REDUCTION IN OVERALL PAY FOR TRANSFERRING STORES LIKE ME. I SPOKE WITH MR. SCHULZE MULTIPLE TIMES REGARDING MALE COWORKERS AND SUBORDINATES RECEIVING BONUSES WHILE I DID NOT, BUT NO CORRECTIVE ACTION WAS TAKEN.

I WAS SUBJECTED TO DIFFERENT TERMS AND CONDITIONS THAN MALE COWORKERS, INCLUDING LONGER WORK SCHEDULES WITH NO ADDITIONAL COMPENSATION; I DIDNT RECEIVE BONUSES DUE TO TRANSFERRING STORES; BUT MALE SUBORDINATES RECEIVED SERVICE TICKETS TO SHOW SALES THEY WERE NOT RESPONSIBLE FOR IN ORDER TO RECEIVE BONUSES, AND RECEIVED BONUSES BASED ON DIFFERENT CRITERIA, CHRIS SCHULZE RECEIVED BONUSES OUT OF THE STORE I WAS TRANSFERRED TO, YET I DID NOT.  I COMPLAINED ABOUT PROFIT LOSS STATEMENTS ERRORS AND MANIPULATIONS, BUT NO CORRECTIVE ACTION MADE.  AGAIN, I CONTINUOUSLY QUESTIONED AND COMPLAINED TO MR. NEIER AND MR. SCHULZE, AND NO CORRECTIVE ACTION WAS TAKEN.

ON OR AROUND AUGUST 2, 2019, I WAS DENIED MY EARNED PTO AND TERMINATED.  I AM AWARE OF OTHER AGGRIEVED INDIVIDUALS WHO RESIGNED BECAUSE OF SEX-BASED HARASSMENT.

I BELIEVE I AND OTHER AGGRIEVED INDIVIDUALS HAVE BEEN DISCRIMINATED AGAINST BECAUSE OF OUR SEX, FEMALE, AND RETALIATED AGAINST FOR OUR SEX-BASED COMPLAINTS IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED. I ALSO BELIEVE I WAS DISCRIMINATED AGAINST AND RETALIATED AGAINST FOR MY SEX-BASED COMPLAINTS IN VIOLATION OF THE EQUAL PAY ACT OF 1963, AS AMENDED.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Ann Marie Morrison on 12-09-2019 04:53 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Page 2 of 2

## AGREEMENT AND RELEASE

This is an Agreement and Release ("Agreement") between Ann Marie Morrison ("Employee") and KNGS, LLC ("Company"), whereby Employee agrees to release any and all potential or actual legal or administrative claims against the Company, its employees, officers, directors, shareholders, parent or affiliated corporations or entities, partners, heirs, successors, assigns, or attorneys (the "Released Parties"), in exchange for the good and valuable consideration set forth herein.

1.  **Payments and Benefits**.  In consideration for Employee's execution of this Agreement, the Company agrees to provide $8,000.00 which includes consideration of any/all PTO balances,this amount will be payable on the normal payroll cycle check date of 8/16/19 as real and sufficient consideration; which is in excess of any regular amount of regular salaried (worked) pay in the current pay period. Current employee health benefit coverage will remain in effect until 8/31/19 with the current and existing employee/employer contributions for August 2019 health coverage on above said check date.

2.  **Complete Release**.  In consideration of those payments and benefits listed above which are payable under this Agreement, Employee agrees to and hereby does knowingly and voluntarily release and discharge the Company and all other Released Parties from any and all claims, causes of action and demands of any kind, whether known or unknown, which Employee has or ever has had that arise out of employment with the Company and/or are based on acts or omissions occurring up to and including the date of this Agreement. Included in the release set forth in the preceding sentence, without limiting its scope, are claims arising under Title VII of the Civil Rights Act, the Employee Retirement Income Security Act, the Americans with Disabilities Act Amendments Act, the Family and Medical Leave Act, and the Age Discrimination in Employment Act, each as amended, as well as any other federal, state or local employment discrimination or labor laws, and/or contract, tort, or wage and hour laws. Employee does not waive claims, causes of action or demands of any kind that may arise after the date that this Agreement is executed and are based on acts or omissions occurring after such date.

    The Parties intend that this Agreement shall discharge all claims against Company to the maximum extent permitted by law.  If any claim is not subject to release, to the extent permitted by law, Employee waives any right or ability to be a class or collective action representative or to otherwise participate in any putative or certified class, collective, or multi-party action or proceeding based on such a claim in which Company or any other Releasee identified in this Agreement is a party.

3.  **Non-Disclosure and Non-Disparagement.**  Employee hereby agrees to maintain the terms and conditions of this Agreement in the strictest confidence and agrees not to disclose any of the terms of this Agreement unless and to the extent that such disclosure is required by law or to secure advice from a legal or tax advisor or outplacement provider.  Employee further agrees to not disparage or speak poorly of Company in any manner.

4.  **Severability and Governing Law.**  In the event that any provision of this Agreement is deemed unenforceable, Employee agrees that a court of competent jurisdiction shall have jurisdiction to reform such provision to the extent necessary to cause it to be enforceable to the maximum extent permitted by law.  The provisions in this Agreement are severable, and if any provision is determined to be prohibited or unenforceable in any jurisdiction, the remaining provisions shall nevertheless be binding and enforceable.  This Agreement shall be governed by and interpreted in accordance with the laws of the State of Georgia without regard to principles of conflicts of law.

5.  **Non-Admission.**  Nothing in this Agreement is intended to or shall be construed as an admission by the Company or any of the other Released Parties that it violated any law, interfered with any right, breached any obligation or otherwise engaged in any improper or unlawful conduct with respect to Employee or otherwise, the Released Parties expressly denying any such improper or unlawful conduct.

6.  **Paragraph Headings.**  The paragraph headings in this Agreement are for convenience of reference only and shall not be deemed to alter or affect the meaning or interpretation of any provisions hereof.

7. **Acknowledgement.** Employee fully understands all of the Agreement's terms and conditions and has not relied on any other representation or statement, written or oral, by the Company or its employees or agents concerning the terms of the Agreement or any other matters not contained herein. Employee acknowledges that Employee's signature below constitutes a knowing and voluntary execution of this Agreement and it is Employee's intention to be bound thereby.

8. **Entire Agreement.** This Agreement constitutes the entire Agreement between the parties by which the parties agree to be bound. This Agreement supersedes all prior agreements, correspondence, arrangements and understandings relating to the subject matter of this Agreement and the transactions contemplated. No representation, promise, inducement, or statement of intentions has been made by any party which is not embodied in this Agreement. The Agreement may not be modified except by the written, mutual consent of the parties.

Dated this 31st day of July, 2019. _____

Employee        **- Ann Marie Morrison**

**KNGS, LLC** _____

By: _____
Kerry Neier

Title: _____ Member _____

Employee _____