Matthew V. Moosbrugger (#035449)
**MOOSBRUGGER LAW, PLLC**
6895 E. Camelback Rd. Unit 1020
Scottsdale, Arizona 85251
Phone: 602-845-9733
Matthew@Moosbrugger-Law.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Marie Morrison,<br><br>Plaintiff,<br><br>vs.<br><br>Kerry's Car Care Incorporated, et al.,<br><br>Defendants | Case No. CV-21-00534-PHX-DLR<br><br>**STIPULATED MOTION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE** |

Plaintiff and Defendants, by and through undersigned counsel, respectfully move the Court to continue the Pretrial Scheduling Conference, scheduled for October 19, 2021, for at least thirty (30) days, in order to allow the parties to pursue ongoing settlement discussions.

DATED this 12th day of October 2021.

                                            **MOOSBRUGGER LAW, PLLC**

                              BY: */s/Matthew V. Moosbrugger*
                                  Matthew V. Moosbrugger
                                  6895 E. Camelback Rd. Unit 1020
                                  Scottsdale, Arizona 85251
                                  *Attorney for Plaintiff*

**JACKSON LEWIS P.C.**

BY: <u>*/s/Monica M. Ryden* (*with permission*</u>)
    Monica M. Ryden
    2111 E. Highland Avenue, Suite B-250
    Phoenix, AZ 85016
    *Attorneys for Defendant SRSANDCO, LLC*

**BUCHALTER P.C.**

BY: <u>*/s/Laurent R.G. Badoux* (*with permission*</u>)
    Laurent R.G. Badoux
    16435 North Scottsdale Road, Suite 440
    Scottsdale, Arizona 85254-1754
    lbadoux@buchalter.com
    *Attorneys for Defendant KNGS, LLC dba*
    *Kerry's Car Care Inc.*