Monica M. Ryden (State Bar No. 023986)
Alejandro Pérez (State Bar No. 030968)
**JACKSON LEWIS P.C.**
2111 E. Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Monica.Ryden@jacksonlewis.com

*Attorneys for Defendant Srsandco, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ann Marie Morrison,<br><br>Plaintiff,<br><br>vs.<br><br>Kerry's Car Care, Incorporated dba KNGS LLC; Srsandco LLC, aka Srsandco Automotive Partners,<br><br>Defendants. | Case No. 2:21-cv-00534-DLR<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Plaintiff Ann Marie Morrison and Defendants Kerry's Car Care, Incorporated dba KNGS LLC and Srsandco LLC, aka Srsandco Automotive Partners stipulate and agree that this matter can and shall be dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED November 11, 2021.

                                          JACKSON LEWIS P.C.

                                          By   */s/ Monica M. Ryden*
                                          Monica M. Ryden
                                          Alejandro Pérez
                                          Attorneys for Defendant Srsandco, LLC

                                          MOOSBRUGGER LAW, PLLC

                                          By   */s/ Matthew V. Moosbrugger (with permission*
                                          Matthew V. Moosbrugger

Attorney for Plaintiff

BUCHALTER, A PROFESSIONAL CORPORATION

By  <u>*/s/ Laurent R.G. Badoux (with permission)*</u>
    Laurent R.G. Badoux
    Attorneys for Defendant
    Kerry's Car Care Incorporated
    Dba KNGS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to:

Matthew V. Moosbrugger
MOOSBRUGGER LAW, PLLC
6895 E. Camelback Rd. Unit 1020
Scottsdale, Arizona 85251
Matthew@Moosbrugger-Law.com
*Attorney for Plaintiff*

Laurent R.G. Badoux
BUCHALTER,
A PROFESSIONAL CORPORATION
16435 North Scottsdale Road, Suite 440
Scottsdale, Arizona 85254-1754
lbadoux@buchalter.com
*Attorneys for Defendant*
*Kerry's Car Care Incorporated*
*Dba KNGS, LLC*

By: */s/ Miranda L. Dotson*

4882-0327-7826, v. 1